1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CPC PARTNERS, LP, a Utah limited partnership; <br><br>                  Plaintiff, <br><br>     vs. <br><br> CHRISTOPHER P. CREAGAN and SHELBY CREAGAN, husband and wife and the marital community comprised thereof; THE ESTATE OF DAVID ALLEN CREAGAN and BRENDA CREAGAN, deceased husband and wife and the marital community comprised thereof, <br><br>                  Defendants. | No. 2:25-mc-00065-JHC <br><br> **ORDER TRANSFERRING MATTER TO DISTRICT OF DELEWARE** <br><br> Underlying Action Pending in the U.S. District Court of the District of Delaware C.A. No. 12-cv-01478-GBW |

Before the Court is Plaintiff's Motion to Compel Power Grid Security Specialists LLC to Comply with Subpoenas.  Dkt. # 1.  The Court has reviewed the materials filed in support of and in opposition to the motion and the governing law.  Being fully advised, the Court TRANSFERS  the matter of Plaintiff's Motion, including its request for fees and costs, to the United States District Court for the District of Delaware.  The Clerk is DIRECTED to effect the transfer 14 days after this order is filed in accordance with Local Civil Rule 3(i).

//

//

ORDER TRANSFERRING MATTER
TO DISTRICT OF DELAWARE - 1

1    DATED this 21st day of October, 2025.

2

3

4                                         _____
                                          John H. Chun
5                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

ORDER TRANSFERRING MATTER
TO DISTRICT OF DELAWARE - 2